THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TRUST COMPANY, as Trustee, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax

Commission of the City of New York, Respondents. (Taxes of 1940–1941.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUFACTURERS TRUST COMPANY, as Successor Trustee to NEW YORK TRUST COMPANY, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (Taxes of 1941–1942.) Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents. Settle order on notice.